UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-06504-ODW (JCx) | Date | February 16, 2024 |
|---|---|---|---|
| Title | *Star Fabrics, Inc. v. The TJX Companies, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings:**         **In Chambers**

The deadline for Defendant The TJX Companies, Inc. to answer or otherwise respond to Plaintiff's Complaint passed on February 15, 2024. (*See* Order Setting Deadline, ECF No. 36.) Plaintiff is ordered to show cause in writing no later than **February 23, 2024** why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Plaintiff's request for entry of default as to Defendant The TJX Companies, Inc.
- Answer by Defendant.

In the event both documents are filed before the above date, the answer will take precedence.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |